IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Bonita Shreve, et al.                         )
                                              )    Civil Action No. _____
                                              )
            vs.                               )         or
United States Postal Service, et al.          )
                                              )    Criminal Action No. _____
                                              )

## DISCLOSURE STATEMENT

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Gun Owners of America, Inc. and Gun Owners Foundation_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

7/14/2025                                     /s/ Gilbert Ambler
Date                                          Signature of Attorney or Litigant

Revision Date: November 1, 2016