UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONITA SHREVE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. POSTAL SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:25-cv-214 |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND FOR A BRIEFING SCHEDULE**

Under Federal Rule of Civil Procedure 6(b), Defendants move for an extension of time to respond to Plaintiffs' complaint (ECF 1) and for a briefing schedule on Defendants' forthcoming motion to dismiss.

This is Defendants' first such motion, and Plaintiffs consent to the relief sought. In support of this motion, Defendants submit the following:

1. Plaintiffs served the summons and complaint on the United States Attorney for this district on July 21, 2025, making Defendants response to the complaint due on September 19, 2025. ECF 11.

2. This action challenges the constitutionality of a federal criminal statute on Second Amendment grounds. Consequently, there are numerous offices and agencies within the federal government with a stake in this litigation. Thus, Defendants' counsel needs more time to confer with the Defendant agencies and stakeholders to prepare a full and complete response to the complaint. Defendants respectfully request an 11-day extension of time to respond to Plaintiffs' complaint, such that Defendants' response

1

to the complaint would be due on or before September 30, 2025. Plaintiffs consent to this extension request.

3. In response to the complaint, Defendants plan on filing a motion to dismiss. Defendants conferred with Plaintiffs, and the parties reached an agreement on a briefing schedule and page limits for the forthcoming motion to dismiss. Thus, Defendants—with Plaintiffs' consent—ask that this Court enter the following briefing schedule and page limits:

| Filing: | Due Date: | Page limit: |
| --- | --- | --- |
| Defendants' Motion to Dismiss | September 30, 2025 | 30 pages |
| Plaintiffs' Opposition to the Motion to Dismiss | November 3, 2025 | 30 pages |
| Defendants' Reply | November 20, 2025 | 15 pages |

For these reasons, Defendants respectfully request that the Court grant this motion, extend Defendants' time to respond to Plaintiffs' complaint to September 30, 2025, and enter the above briefing schedule.

Dated: September 16, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT (CO Bar No. 59613)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

2

Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*