UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONITA SHREVE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. POSTAL SERVICE, *et al.*, <br><br> *Defendants.* | Civil Action No. 3:25-cv-214 |

### ORDER

Having considered Defendants' consent motion to extend the deadline to respond to the complaint and for a briefing schedule, Defendants' motion is GRANTED.

IT IS HEREBY ORDERED:

1. Defendants' motion to dismiss brief will not exceed 30 pages and will be filed on or before September 30, 2025;

2. Plaintiffs' opposition brief to Defendants' motion to dismiss will not exceed 30 pages and will be filed on or before November 3, 2025; and

3. Defendants' reply brief in support of their motion to dismiss will not exceed 15 pages and will be filed on or before November 20, 2025.

SO ORDERED.

Dated: September 18, 2025

Honorable Stephanie L. Haines
United States District Judge