UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONITA SHREVE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. POSTAL SERVICE, *et al.*,<br><br>    *Defendants.* | Civil Action No. 3:25-cv-214 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby move under Federal Rule of Civil Procedure 56 for summary judgment. Defendants ask the Court to enter judgment in favor of Defendants and dismiss this case for lack of jurisdiction. The grounds for summary judgment are set forth in the accompanying memorandum in support. A proposed order is attached here.

Dated: January 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT (CO Bar No. 59613)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*