UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BONITA SHREVE, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

    *Defendants*.

Hon. Stephanie L. Haines, U.S.D.J.

Civil Action No. 3:25-cv-214

## ORDER

The Movant States' Motion to Modify the Briefing Schedule having come before this Court, and the Court having considered the papers submitted in connection with said motion, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Movant States shall file their Motion to Intervene, Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment by March 2, 2026.

2. Plaintiffs and Federal Defendants shall file Opposition to the Motion to Intervene by March 23, 2026.

3. Movant States shall file a Reply in further support of the Motion to Intervene by March 30, 2026.

1

IT IS SO ORDERED on this ____ day of _____, 2026.

_____

HON. STEPHANIE L. HAINES, U.S.D.J.