**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BONITA SHREVE, *et al*. | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) |
|     v. | )    Civil No.: 3:25-cv-214-SLH |
| | ) |
| UNITED STATES POSTAL SERVICE, *et al*. | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to this Court's Interim Standing Order D, Plaintiffs Bonita Shreve, Gun Owners of America, Inc., and Gun Owners Foundation, by and through undersigned counsel, move for leave to file a five (5) page sur-reply to Defendants' Reply Brief in Support of Their Motion for Summary Judgment ("Reply"). Plaintiffs' proposed sur-reply is attached hereto.

Defendants' Reply raises new arguments regarding "prudential ripeness" based on a proposed rule promulgated by the United States Postal Service and what impact, if any, it may have on this litigation. *See* Reply at 14-18. While "a party generally may not raise a new argument for the first time in a reply brief, the trial court has discretion to consider new arguments." *Cornerstone Residencem Inc. v. City of Clairton, Pa.*, Civil Action No. 17-706, 2018 U.S. Dist. LEXIS 2068, at *12 (W.D. Pa. Jan. 5, 2018) (citation omitted). However, "a party is not prejudiced by new arguments set forth in a Reply if it is provided the opportunity to file a Sur-Reply to address any such issues." *Id*. at *12-13.

Likewise, Defendants also relatedly argue mootness (Reply at 16) and a indirectly seek a stay of proceedings. Reply at 17-18. Given this newly promulgated proposed rule, and Defendants' arguments concerning same, and Defendants additional arguments on mootness,

1

Plaintiffs respectfully request that this Court grant this Motion for Leave to File a Sur-Reply and allow Plaintiffs to file the attached sur-reply.

Counsel for Plaintiffs requested Defendants' position on the requested relief and counsel for Defendants stated that they do not oppose the relief requested herein.

Dated: April 22, 2026                                    Respectfully submitted,

                                                        */s/ Stephen D. Stamboulieh*
Gilbert J. Ambler (PA 326124)                           Stephen D. Stamboulieh (MS 102784)
Oliver M. Krawczyk (PA 334423)                          STAMBOULIEH LAW, PLLC
AMBLER LAW OFFICES, LLC                                 P.O. Box 428
115 South Hanover Street, Suite 100                     Olive Branch, MS 38654
Carlisle, PA 17013                                      T: (601) 852-3440
T: (717) 525-5822                                       stephen@sdslaw.us
F: (540) 773-2414
gilbert@amblerlawoffices.com
oliver@amblerlawoffices.com                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2026, Plaintiffs served the foregoing Motion on all parties in this matter via the Court's electronic filing system.

Dated: April 22, 2026

                                            */s/ Stephen D. Stamboulieh*
                                            Stephen D. Stamboulieh

2