**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BONITA SHREVE, *et al*. | ) | |
| | ) | |
|     *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No.: 3:25-cv-214-SLH |
| | ) | |
| UNITED STATES POSTAL SERVICE, *et al*. | ) | |
| | ) | |
|     *Defendants*. | ) | |
| | ) | |

**[PROPOSED] ORDER**

AND NOW, on this the ___ day of _____, 2026, upon consideration of the Plaintiffs'

Unopposed Motion for Leave to File Sur-Reply,

**IT IS HEREBY ORDERED:**

1. That Plaintiffs' Unopposed Motion for Leave to File Sur-Reply is GRANTED.

   **SO ORDERED**.

Dated: _____

                                                    _____
Honorable Stephanie L. Haines
United States District Judge